WILLIAM B. MITCHELL *vs.* JOHN CHISHOLM.

Argued by appellant, submitted on brief by respondent, April 18, 1894. Reversed May 4, 1894.

No. 8687.

Appeal by plaintiff, William B. Mitchell, from an order of the District Court of Stearns County, *L. L. Baxter,* J., made June 24, 1893, denying his motion for a new trial.

The plaintiff acquired tax titles to the east half of the southeast quarter of section eight (8), T. 122, R. 32, in Stearns County and sold it to defendant, John Chisholm, for $400, and took his notes. In all other respects the facts in this case are similar to those in the preceding case against Alexander Chisholm regarding the adjoining eighty acres.

*George W. Stewart,* for appellant.

*Taylor, Calhoun & Rhodes,* for respondent.

CANTY, J. This case being a part of the controversy in the foregoing case, *ante,* p. 148, (58 N. W. 873,) and involving the same questions, the order appealed from is reversed, and a new trial granted.

(Opinion published 58 N. W. 874.)

Application for reargument denied June 5, 1894.